UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| JEROD CHILDS, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 3:23-CV-156-CHB |
| ) | |
| v. ) | |
| ) | **ORDER OF DISMISSAL OF** |
| GREAT LAKES EDUCATIONAL LOAN ) | **DEFENDANTS TRANS UNION, LLC,** |
| SERVICES, INC., *et al.* ) | **AND GREAT LAKES EDUCATIONAL** |
| ) | **SERVICES, INC. WITH PREJUDICE** |
| Defendants. ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

The Court has received and reviewed Plaintiff Jerod Childs' Notice of Voluntary Dismissal [R. 22] and his Status Report [R. 23]. In his Notice, Plaintiff advises that he is dismissing his claims against Defendants Trans Union, LLC, and Great Lakes Educational Loan Services, Inc., with prejudice. *Id.* Having reviewed the Notice and Status Report, and the Court being otherwise sufficiently advised, **IT IS HEREBY ORDERED** as follows:

1. Under Federal Rule of Civil Procedure 41(a)(2), the Court construes Plaintiff's Notice of Voluntary Dismissal as a request for leave to dismiss this action. Having found the terms of such a dismissal proper, Plaintiff's request [**R. 22**] is **GRANTED**.

2. Plaintiff's claims against Defendants Trans Union, LLC and Great Lakes Educational Loan Services, Inc. are **DISMISSED WITH PREJUDICE** and each party shall bear its own fees and costs.

3. All claims having been resolved, *see* [R.17]; [R.19], this matter is **DISMISSED WITH PREJUDICE** as to all Defendants, all dates and deadlines are hereby **VACATED**, and this matter is **STRICKEN** from the Court's active docket.

This the 24th day of July, 2023.

cc:  Counsel of record

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY